# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JASON AND MARY BETH NANCE | * | |
| Plaintiffs | * | |
| v. | * | Case No. RDB-10-CV-3303 |
| ROBERT HOOFNAGLE, M.D., et al. | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Request for Settlement Order Pursuant to Local Rule 111, it is, on this __17th__ day of __SEPTEMBER__ 2012, hereby ORDERED:

1. That the Motion be, and hereby is, GRANTED; and

2. That the case CAN and SHALL be reopened upon a showing of good faith by either party within 30 days of this Order should the settlement not be consummated.

_____
Judge, U.S. District Court for the District of Maryland